JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAYCE PIRTLE,<br><br>        Petitioner,<br><br>    v.<br><br>F.C.I. VICTORVILLE-II,<br><br>        Respondent. | Case No. 5:25-CV-1919-ODW-RAO<br><br>**JUDGMENT** |

Pursuant to the Court's Order Dismissing Petition,

IT IS ORDERED AND ADJUDGED that this action is dismissed without prejudice.

DATED: December 31, 2025

_____
OTIS D. WRIGHT II
UNITED STATES DISTRICT JUDGE